■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN STACKS EDWARDS, Also Known as PERNELL EDWARDS, Appellant.—Judgment of the Supreme Court, Kings County, rendered July 28, 1976, affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Accordingly, counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *People v Brown*, 59 AD2d 622). Margett, J. P., Rabin, Titone and Mollen, JJ., concur.